United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CHARLES MCDADE, | No. C 07-5294 MJJ (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| BOARD OF CORRECTIONS, | |
| Respondent. | |

Petitioner, a California prisoner, filed this pro se habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging decisions by the California Board of Prison Terms and the "Board of Corrections" with respect to the computation of time credits and a "three-year violation." Petitioner states in the petition that he is challenging these decisions in a "petition, appeal or other post-conviction proceeding now pending" in the Marin County Superior Court. See Petition at 5-A.

The exhaustion requirement applicable to federal habeas petitions is not satisfied if there is a pending post-conviction proceeding in state court. See 28 U.S.C. § 2254(b)-(c); Sherwood v. Tomkins, 716 F.2d 632, 634 (9th Cir. 1983). If a post-conviction challenge is pending in state court, a potential federal habeas petitioner must await the outcome of the challenge before his state remedies are considered exhausted. See id. Moreover, the rule in Sherwood applies whether or not the issue raised in the pending state petition is included in the federal petition because a pending state court challenge may result in the relief the

G:\PRO-SE\MJJ\HC.07\mcdade.dsm.wpd

petitioner seeks, thereby mooting the federal petition. See id. (citations omitted).

As petitioner has a habeas petition pending in the Marin County Superior Court, the instant petition for a writ of habeas corpus is DISMISSED without prejudice to refiling once all state court post-conviction challenges to petitioner's conviction have been completed, and all claims petitioner wishes to raise in federal court have been presented to the California Supreme Court. See 28 U.S.C. § 2254(b)-(c); Rose v. Lundy, 455 U.S. 509, 522 (1982) (holding every claim raised in federal habeas petition must be exhausted).

The Clerk shall close the file and terminate any pending motions.

IT IS SO ORDERED.

DATED: 10/24/07

MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\HC.07\mcdade.dsm.wpd          2